IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STILLWATER DESIGNS AND AUDIO, INC., | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case No. CIV-22-502-C ) |
| GOOGOL SHOP, INC., | ) ) ) |
| Defendant. | ) |

## O R D E R

Plaintiff filed this case on June 17, 2022, and served Defendant shortly thereafter. On August 9, 2022, Plaintiff requested an extension of time for Defendant to file its Answer, noting the parties were attempting to settle the case. The Court extended Defendant's answer due date until August 22, 2022. That date has now passed with no Answer being filed by Defendant. Plaintiff has taken no further action to resolve the case. Accordingly, within 20 days of the date of this Order, Defendant shall file its Answer or otherwise plead or Plaintiff shall seek default judgment. If no further action is taken, the Court will dismiss the case for failure to prosecute.

IT IS SO ORDERED this 13th day of September 2022.

ROBIN J. CAUTHRON
United States District Judge